IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:09cr64-MHT |
| | ) | (WO) |
| **JEFFREY L. LAMAR** | ) | |

## ORDER

Upon consideration of defendant Jeffrey L. Lamar's motion for early termination of supervision (doc. no. 85), which the government and probation officer do not oppose, and based on the probation officer's response (doc. no. 87) describing Lamar's compliance with the terms of supervised release since December 5, 2014, consistent employment and stable residence, consistently negative drug-test results, and positive attitude, it is ORDERED that:

(1) The motion is granted.

(2) Defendant Jeffrey L. Lamar's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 17th day of February, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**